CCB 02 - 1484

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, *et al.,* | : | 2002 APR 30  P 3: 39 |
| Plaintiffs | : | CLERK'S OFFICE<br>AT BALTIMORE |
| vs. | : | Civil Action No. CCB-01-3450 |
| ACandS, Inc., *et al.,* | : | BY_____DEPUTY |
| Defendants | : | |

. . . .. .. . . . . .. .. .. .. . . . .. . . . . .. .. . . . . . . . . . . .. . . . . .. . . . . . . . . . . . . . . . . . .. .. .. ..

| | | |
|---|---|---|
| LINSEY L. WILLIAMS, *et al.,* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1266 |
| ACandS, Inc., *et al.,* | : | |
| Defendants | : | |

. .. .. .. .. . . . . .. . . . . .. .. .. .. .. .. . . . . . . .. .. .. .. . . . . .. .. .. .. . . .. .. .. .. .. .. .. .. .. ..

| | | |
|---|---|---|
| HENRY S. CRAWFORD, *et al.,* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1267 |
| ACandS, Inc., *et al.,* | : | |
| Defendants | : | |

. .. .. .. .. . . . . .. . . . . . . . . .. . . . . . . . . . . . . . . .. .. . . . . . . . . .. . . .. .. .. .. .. .. .. .. ..

| | | |
|---|---|---|
| CHARLES G. DRY, | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-1269 |
| ACandS, Inc., *et al.,* | : | |
| Defendants | : | |

THERESA MILLS REDMON, *et al.*,                    :

      Plaintiffs                    :

           vs.                    :    Civil Action No. CCB-02-1484

ACandS, Inc., *et al.*,                    :

      Defendants                    :

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

CHERYL BANK, *et al.*,                    :

      Plaintiffs                    :

           vs.                    :    Civil Action No. CCB-02-1485

ACandS, Inc., *et al.*,                    :

      Defendants                    :

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

PAULA WEBB, *et al.*,                    :

      Plaintiffs                    :

           vs.                    :    Civil Action No. CCB-02-1504

ACandS, Inc., *et al.*,                    :

      Defendants                    :

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

PHYLLIS ALLSHOUSE,                    :

      Plaintiff                    :

           vs.                    :    Civil Action No. CCB-02-1501

ACandS, Inc., *et al.*,                    :

      Defendants                    :

o0o
## ORDER

2

It is, this _30_ day of _April_ 2002, hereby **ORDERED** that:

1.      As these case involve common questions of law and fact, they are consolidated, including all joined parties, pursuant to Fed. R. Civ. P. 42(a);

2.      All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only.  Any paper which pertains to some but not all of the cases, should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

3.      An original and two copies of all papers shall be filed with the Court; and

4.      The requirements of Local Rule 103.5 are suspended, pending further direction by the Court.

_____
Catherine C. Blake
United States District Judge